Argued December 18, affirmed December 18, petition for
rehearing denied December 27, 1972, petition for
review denied February 27, 1973

# DANNY RAY STEWARD, *Appellant, v.* SULLIVAN (No. 77367), *Respondent.*

503 P2d 1258

*Glenn D. Ramirez,* Klamath Falls, argued the cause for appellant. With him on the briefs were Ramirez & Hoots, Klamath Falls.

*William R. Canessa,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Langtry and Foley, Judges.

Affirmed from the bench.